## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

Steven E. Seets,                                        Civ. No. 25-3456 (JWB/DJF)

        Petitioner,

v.                                              **ORDER ACCEPTING**
                                        **REPORT AND RECOMMENDATION**
Warden, FCI Sandstone,                          **OF MAGISTRATE JUDGE**

        Respondent.

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on September 19, 2025, recommending that Petitioner Steven E. Seets's petition for a writ of habeas corpus be denied. (Doc. No. 9.) On October 20, 2025, Petitioner's deadline to object to that R&R was extended to November 10, 2025. (Doc. No. 12.)

Four weeks have passed since the extended deadline expired, and no objections have been filed to the R&R. Absent timely objections, an R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

## ORDER

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.      The September 19, 2025 Report and Recommendation (Doc. No. 9) is **ACCEPTED**.

2.      Petitioner Steven E. Seets's Petition for a Writ of Habeas Corpus under 28

U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

3.      Petitioner's Motion to Expedite (Doc. No. 4) is **DENIED** as moot.

4.      This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 8, 2025                          _s/ Jerry W. Blackwell_____
                                                JERRY W. BLACKWELL
                                                United States District Judge